**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tar Heel Oil II, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Tarheel Oil**<br>**DBA  Mountain Oil**<br>**DBA  Colonial Distributors**<br>**DBA  Hall Petroleum** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3393331** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**320 9th Street**
**North Wilkesboro, NC 28659**
Number, Street, City, State & ZIP Code

**PO Box 608**
**North Wilkesboro, NC 28659-0608**
P.O. Box, Number, Street, City, State & ZIP Code

**Wilkes**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership<br><br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | **Gambill Oil, LLC** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| | District | _____ | When | **3/04/16** | Case number, if known _____ |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▉ Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated Assets | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2016**
                MM / DD / YYYY

X **/s/ Arthur H. Lankford**                                      **Arthur H. Lankford**
Signature of authorized representative of debtor                 Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Charles M. Ivey III**                    Date **March  4, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**Charles M. Ivey III**
Printed name

**Ivey, McClellan, Gatton & Siegmund**
Firm name

**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
Number, Street, City, State & ZIP Code

Contact phone  **336-274-4658**        Email address

**8333**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  4, 2016**    *X* **/s/ Arthur H. Lankford**
                                    Signature of individual signing on behalf of debtor

                                    **Arthur H. Lankford**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Tar Heel Oil II, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Arthur H. Lankford**, declare under penalty of perjury that I am the **President** of **Tar Heel Oil II, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **3rd** day of **March**, 20**16**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Arthur H. Lankford, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Arthur H. Lankford, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Arthur H. Lankford, President** of this Corporation is authorized and directed to employ **Charles M. Ivey III 8333**, attorney and the law firm of **Ivey, McClellan, Gatton & Siegmund** to represent the corporation in such bankruptcy case."

Date   **March 4, 2016**

Signed   **/s/ Arthur H. Lankford**
　　　　　**Arthur H. Lankford**

### CORPORATE RESOLUTION
### OF
### TAR HEEL OIL II, INC

The undersigned, being the director/officer and stockholder of Tar Heel Oil II, Inc., does hereby adopt the following resolution by signing written consent thereto:

"**RESOLVED**, that it is in the best interest of this corporation to file a petition in Bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States District Court for the Middle District of North Carolina; and the officer of this corporation is hereby authorized to perform on behalf of the corporation any and all such acts as are necessary or advisable in connection therewith, including the execution for filing of all requisite papers and documents; and the execution by such officer(s) of any such paper or document or the doing by him/them of any act in connection with the foregoing matters shall conclusively establish his/their authority therefor from this corporation and the approval and ratification by this corporation of the papers and documents so executed and the action so taken."

"**RESOLVED**, that the officers are further authorized and directed to retain Charles M. Ivey, III and the law firm of Ivey, McClellan, Gatton & Siegmund, L.L.P. to act and perform such legal services as necessary on behalf of Tar Heel Oil II., Inc. during the Chapter 11 proceeding."

**THIS** action is effective as of the ___4___ day of March, 2016.


_____
Arthur L. Lankford
President
50% Owner


_____
Frances York
Secretary/Treasurer
50% Owner

County Wilkes

North Carolina

I, Carol Jones Owens , do hereby certify that **Arthur H. Lankford** personally appeared before me this day and acknowledged the due execution of the foregoing resolution.

Date: 3/4/2016

(Official Seal) CAROL JONES OWENS
Notary Public, North Carolina
Wilkes County
My Commission Expires

_Carol Jones Owens_
Notary Public Signature

_Carol Jones Owens_
Notary Public Printed Name

My Commission Expires:
8/9/2019
*********************************

County Wilkes

North Carolina

I, Carol Jones Owens, do hereby certify that **Frances York** personally appeared before me this day and acknowledged the due execution of the foregoing resolution.

Date: 3/4/2016

(Official Seal) CAROL JONES OWENS
Notary Public, North Carolina
Wilkes County
My Commission Expires

_Carol Jones Owens_
Notary Public Signature

_Carol Jones Owens_
Notary Public Printed Name

My Commission Expires:
8/9/2019

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tar Heel Oil II, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BLT Investments, LLC 701 Colonial Drive North Wilkesboro, NC 28659** | | **UCC Filing; Second priority lien on all equipment; Third priority lien on all inventory, accounts, general intangibles and contract rights.** | | $1,870,000.00 | $1,048,785.00 | $1,870,000.00 |
| **Gateco 2200 East Bessemer Avenue Greensboro, NC 27405** | | **Trade Debt** | | | | $835,000.00 |
| **Yadkin Valley Bank and Trust Company 1404 West D Street North Wilkesboro, NC 28659** | | **Money loaned** | | | | $816,000.00 |
| **Great State Bank 1422 US Highway 421A Wilkesboro, NC 28697** | | **Money loaned** | | | | $553,000.00 |
| **Cary Oil Co., Inc. 110 MacKenan Drive, Suite 300 Cary, NC 27511** | | **UCC Filing; First Priority lien on all goods, instruments, chattel paper, books and records; Second Priority lien on all inventory, accounts, accounts** | | $1,114,900.00 | $1,048,785.00 | $466,115.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tar Heel Oil II, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Linda Lankford**<br>**PO Box 608**<br>**North Wilkesboro,**<br>**NC 28659** | | **Money loaned** | | | | **$250,000.00** |
| **Cary Oil Co., Inc.**<br>**110 MacKenan**<br>**Drive, Suite 300**<br>**Cary, NC 27511** | | **Money Loaned** | | | | **$144,838.54** |
| **High Country Nozzle**<br>**149 New Value Road**<br>**Newland, NC 28657** | | **Trade Debt** | | | | **$12,583.07** |
| **Blue Ridge Energies**<br>**PO Box 112**<br>**Lenoir, NC 28645** | | **Trade Debt** | | | | **$9,182.85** |
| **Wilkes Oil**<br>**PO Box 1346**<br>**North Wilkesboro,**<br>**NC 28659** | | **Trade Debt** | | | | **$7,826.53** |
| **Zebra**<br>**1400 River Street**<br>**Wilkesboro, NC**<br>**28697** | | **Trade Debt** | | | | **$6,824.27** |
| **BCBSNC**<br>**PO Box 580017**<br>**Charlotte, NC**<br>**28258-0017** | | **Insurance** | | | | **$3,849.75** |
| **McClure CPA**<br>**PO Box 757**<br>**North Wilkesboro,**<br>**NC 28659** | | **Trade Debt** | | | | **$3,750.00** |
| **New York Life**<br>**PO Box 559005**<br>**Austin, TX**<br>**78755-9903** | | **Insurance** | | | | **$2,113.36** |
| **McElwee Firm**<br>**906 Main Street**<br>**North Wilkesboro,**<br>**NC 28659** | | **Legal Services** | | | | **$1,944.00** |
| **Lime Energy**<br>**Dept 20-7016**<br>**PO Box 599**<br>**Carol Stream, IL**<br>**60197-5997** | | **Trade Debt** | | | | **$1,557.83** |
| **Opis**<br>**PO Box 9407**<br>**Gaithersburg, MD**<br>**20898-9407** | | **Trade Debt** | | | | **$617.00** |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX**<br>**75265-0448** | | **Credit Card** | | | | **$475.38** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Tar Heel Oil II, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Petroleum Specialties 503 Maverick Road Kernersville, NC 27284** | | **Trade Debt** | | | | **$474.01** |
| **Principal Life Insurance Co. PO Box 14513 Des Moines, IA 50306-3513** | | **Trade Debt** | | | | **$461.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $      **3,180,817.17**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $      **3,180,817.17**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      **3,384,900.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................... $      **89.35**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................... +$      **2,652,464.10**

4.  **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b                                    $      **6,037,453.45**

**Fill in this information to identify the case:**

Debtor name  **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.. | **Checking**<br>**Last 4 digits of Acc# : 879**<br>**Community One** | Checking | 879 | $5,785.03 |

| | | | |
|---|---|---|---|
| 3.2.. | **Checking**<br>**Last 4 digits of Acc# : 821**<br>**Great State Bank- 821** | Checking | 821 | $100.00 |

4.  **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1.. | **Security Fund - Maintained by Cary Oil Co., Inc. - Balance as of February 29, 2016** | $81,132.17 |

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $87,017.20 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Tar Heel Oil II, Inc.**_____    Case number *(if known)* _____
      <span style="font-size:small">Name</span>

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11b. Over 90 days old: ___**1,646,785.00**___ - ___**598,000.00**___ =.... ___**$1,048,785.00**___
                   face amount               doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    | $1,048,785.00 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **303,440 gallons of regular fuel as of 2/29/16** | 02/29/16 | $0.00 | Comparable sale | $504,408.31 |
| **39,883 gallons of plus fuel as of 2/29/16** | 02/29/16 | $0.00 | Comparable sale | $71,749.52 |
| **102,274 gallons of super fuel as of 2/29/16** | 02/29/16 | $0.00 | Comparable sale | $218,078.85 |
| **60,796 on the road diesel fuel as of 2/29/16** | 02/29/16 | $0.00 | Comparable sale | $106,739.54 |
| **12,381 gallons of fuel oil as of 2/29/16** | 02/29/16 | $0.00 | Comparable sale | $22,397.23 |
| **19,647 gallons of kerosene as of 2/29/16** | 02/29/16 | $0.00 | Comparable sale | $41,435.52 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **Tar Heel Oil II, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$964,808.97

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value    0    Valuation method    **unknown**    Current Value    0

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> **9 desks, 16 chairs, 7 desktop computers, 11 printers, 1 copier, 60 filing cabinets, 3 safes, 1 refrigerator, 1 microwave, 2 shredders** | $0.00 | Liquidation | $13,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$13,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     

Debtor    **Tar Heel Oil II, Inc.**                                          Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **1969 Ford Tank Wagon** | $0.00 | debtor opinion | $1,000.00 |
| 47.2.. **2009 Anderson Flatbed Trailer** | $0.00 | debtor opinion | $1,000.00 |
| 47.3.. **1997 Lincoln Continental** | $0.00 | debtor opinion | $3,750.00 |
| 47.4.. **1996 Chrysler Sebring Convertible-** | $0.00 | debtor opinion | $3,800.00 |
| 47.5.. **2002 Chevrolet Suburban** | $0.00 | debtor opinion | $7,825.00 |
| 47.6.. **2002 GMC Yukon-** | $0.00 | debtor opinion | $6,900.00 |
| 47.7.. **2005 GMC Yukon-** | $0.00 | debtor opinion | $11,325.00 |
| 47.8.. **2005 Chevrolet 1/2 Pickup-n** | $0.00 | debtor opinion | $7,150.00 |
| 47.9.. **2010 Nissan Rouge** | $0.00 | debtor opinion | $8,550.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**50 MPD's- gas pumps**<br>  **See attached sheet for locations** | $0.00 | Liquidation | $106,250.00 |
| **131 Mechanical Pumps- See attached sheet<br>for location** | $0.00 | Liquidation | $49,125.00 |
| **Registers- See attached sheet for locations** | $0.00 | Liquidation | $47,781.00 |
| **126 Tanks- See attached sheet for locations** | $0.00 | Liquidation | $0.00 |
| **ATG's with probes- See attached sheet for<br>locations** | $0.00 | Liquidation | $153,750.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **Tar Heel Oil II, Inc.**                                              Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **104 Submersable Pumps- See attached sheet for locations** | $0.00 | Liquidation | $39,000.00 |
| **Canopies- See attached sheet for locations** | $0.00 | Liquidation | $270,000.00 |

**51.**   **Total of Part 8.**                                                                                    | $717,206.00 |
          Add lines 47 through 50.  Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
          ■ No
          ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| **61.** | **Internet domain names and websites** | | |
| **62.** | **Licenses, franchises, and royalties** | | |
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| **64.** | **Other intangibles, or intellectual property** **Non-Compete with rights to receive future income** | $0.00 | Revenue based | $350,000.00 |
| **65.** | **Goodwill** | | |

**66.**   **Total of Part 10.**                                                                                   | $350,000.00 |
          Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
          ■ No
          ☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
          ■ No
          ☐ Yes

Debtor    **Tar Heel Oil II, Inc.**                                    Case number *(if known)* _____
          Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities**<br>**20 Yr. Term- on Brenda H. Cashion face amount**<br>**$400,000.00; Beneficiary is Tarheel Oil, II**<br>   No cash value | $0.00 |
| **5 Yr. Term Policy on Brenda H. Cashion- face amount**<br>**$250,000.00; Beneficiary is Tarheel Oil, II**<br>   No cash value | $0.00 |
| **20 Yr. Term Policy on Linda H. Lankford- face amount**<br>**$400,000.00; Beneficiary is Tarheel Oil, II**<br>   No cash value | $0.00 |
| **5 Yr. Term Policy on Linda H. Lankford-  face amount**<br>**$250,000.00; Beneficiary is Tarheel Oil, II**<br>   No cash value | $0.00 |
| **Term Policy on Arthur Lankford- face amount**<br>**$2,000,000.00; Beneficiary is Tarheel Oil, II**<br>   No cash value | $0.00 |
| **Term Policy on Frances Lankford York face amount**<br>**$2,000,000.00; Beneficiary is Tarheel Oil, II**<br>   No cash value | $0.00 |
| 74.    **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)**<br><br>**Amount requested : Unknown**<br>**Arbitration against Combs Fremont- Arbitration is**<br>**4/27/16** | **Unknown** |
| Nature of claim            **Breach of Contract**<br>Amount requested                   **$0.00** |  |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor　**Tar Heel Oil II, Inc.**　　　　　　　　　　　　　Case number *(If known)* _____
　　　　　Name

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **97 Ford F250 Tr.; 04 Genie Towable Lift TZ; 10 Carr TL; 05 Hyundai Sedan; 04 International Tractor Truck; 2000 Heil TL; 07 Heil TL; 91 Ford Truck/All were pledged as collateral to Yadkin Valley Bank; the actual title holder to these vehicles is at issue** | **$0.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Debtor     **Tar Heel Oil II, Inc.**                                Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $87,017.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,048,785.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $964,808.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $717,206.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $350,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,180,817.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,180,817.17 |

**Fill in this information to identify the case:**

Debtor name **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF NORTH CAROLINA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **BLT Investments, LLC** | Describe debtor's property that is subject to a lien | $1,870,000.00 | $1,048,785.00 |
|---|---|---|---|---|

Creditor's Name

**701 Colonial Drive
North Wilkesboro, NC 28659**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
1/29/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Great State Bank
2. Cary Oil Co., Inc.
3. BLT Investments, LLC**

**Describe debtor's property that is subject to a lien**
**UCC Filing; Second priority lien on all equipment; Third priority lien on all inventory, accounts, general intangibles and contract rights.**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Cary Oil Co., Inc.** | Describe debtor's property that is subject to a lien | $1,114,900.00 | $1,048,785.00 |
|---|---|---|---|---|

Creditor's Name

**110 MacKenan Drive, Suite 300
Cary, NC 27511**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7/13/2011**

**Describe debtor's property that is subject to a lien**
**UCC Filing; First Priority lien on all goods, instruments, chattel paper, books and records; Second Priority lien on all inventory, accounts, accounts receivable, general intangibles and payment intangibles.**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor 1  **Arthur H. Lankford**

First Name    Middle Name    Last Name

Case number (if know) _____

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Great State Bank** | |
| **2. Cary Oil Co., Inc.** | |
| **3. BLT Investments, LLC** | |

| 2.3 | **Great State Bank** | Describe debtor's property that is subject to a lien | $400,000.00 | $1,048,785.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Greg C Edwards, Registered Agent
PO Box 892
Wilkesboro, NC 28697**

**UCC Filing; First Priority lien on all inventory, accounts and other rights to payment.**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Great State Bank** | |
| **2. Cary Oil Co., Inc.** | |
| **3. BLT Investments, LLC** | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,384,900.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

**Fill in this information to identify the case:**

Debtor name **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

**Priority creditor's name and mailing address**
**Ashe County Tax Collector**
**150 Government Circle, Suite 2275**
**Jefferson, NC 28640-8963**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**          $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

**Priority creditor's name and mailing address**
**Caldwell County Tax Collector**
**PO Box 220**
**Lenoir, NC 28645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**          $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Debtor 1   **Arthur H. Lankford**
_____

First Name   Middle Name   Last Name

Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.3 | | | |

**Priority creditor's name and mailing address**
**Catawba County Tax Collector**
PO Box 580071
Charlotte, NC 28258-0071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**     $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.4 | | | |

**Priority creditor's name and mailing address**
**City of Lenoir**
PO Box 958
Lenoir, NC 28645-0958

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**     $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.5 | | | |

**Priority creditor's name and mailing address**
**Employment Security Commission**
PO Box 26504
Raleigh, NC 27611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**     $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1   **Arthur H. Lankford**
     First Name       Middle Name       Last Name      Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.6**

**Priority creditor's name and mailing address**
**Internal Revenue Service**
**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**   $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.7**

**Priority creditor's name and mailing address**
**North Carolina Dept. of Labor**
**1101 Mail Service Center**
**Raleigh, NC 27699-1101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**   $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.8**

**Priority creditor's name and mailing address**
**North Carolina Dept. of Revenue**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**   $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1   **Arthur H. Lankford**

First Name      Middle Name            Last Name

Case number (if know)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.9 |
|-----|

**Priority creditor's name and mailing address**

**Securities & Exchange Commission**
**Atlanta Regional Office**
**950 East Paces Ferry, N.E.,**
**Suite 900**
**Atlanta, GA 30326-1382**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**        $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.10 |
|------|

**Priority creditor's name and mailing address**

**Surry County Tax Collector**
**PO Box 576**
**Dobson, NC 27017-0576**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**        $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.11 |
|------|

**Priority creditor's name and mailing address**

**Town of Elkin Tax Collector**
**PO Box 857**
**Elkin, NC 28621-0857**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**        $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Arthur H. Lankford**                                    Case number (if know) _____

First Name        Middle Name              Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.12**

**Priority creditor's name and mailing address**
**Town of Hudson Tax Department**
**PO Box 457**
**Hudson, NC 28638**

**As of the petition filing date, the claim is:**       $ **0.00**      $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        **Notice Only**

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ■ No
                                                        ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.13**

**Priority creditor's name and mailing address**
**Town of North Wilkesboro**
**PO Box 218**
**North Wilkesboro, NC 28659**

**As of the petition filing date, the claim is:**       $ **89.35**      $ **89.35**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ■ No
                                                        ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.14**

**Priority creditor's name and mailing address**
**Watauga County Tax Administration**
**Ste 21 Courthouse**
**842 W. King Street**
**Boone, NC 28607**

**As of the petition filing date, the claim is:**       $ **0.00**      $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        **Notice Only**

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ■ No
                                                        ☐ Yes

---

Debtor 1    **Arthur H. Lankford**                                          Case number (if know) _____
      First Name     Middle Name     Last Name

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (8)

---

**2.15**

**Priority creditor's name and mailing address**

**Wilkes County Tax Office**
**PO Box 63029**
**Charlotte, NC 28263-3029**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**          $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                    **Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **475.38**

**Basis for the claim:**    **Credit Card**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.2**

**Nonpriority creditor's name and mailing address**

**Aramark**
**PO Box 905810**
**Charlotte, NC 28290-5810**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **62.14**

**Basis for the claim:**    **Trade Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1   **Arthur H. Lankford**                                       Case number (if know) _____
          First Name        Middle Name        Last Name

---

**3.3**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                  $        **0.00**

**B&B Transport,. Inc.**                                               Check all that apply.
**2004 Highland Avenue NE**                                           ☐ Contingent
**Hickory, NC 28601**                                                  ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**    **Notice only**

Date or dates debt was incurred   _____                      **Is the claim subject to offset?**

                                                                       ■ No
Last 4 digits of account number   _____                     ☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                  $      **3,849.75**

**BCBSNC**                                                            Check all that apply.
**PO Box 580017**                                                     ☐ Contingent
**Charlotte, NC 28258-0017**                                         ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**    **Insurance**

Date or dates debt was incurred   _____                      **Is the claim subject to offset?**

                                                                       ■ No
Last 4 digits of account number   _____                     ☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                  $        **0.00**

**Bell, Davis & Pitt, P.A.**                                          Check all that apply.
**Attorney for BLT**                                                  ☐ Contingent
**PO Box 21029**                                                      ☐ Unliquidated
**Winston Salem, NC 27120**                                          ☐ Disputed

                                                                       **Basis for the claim:**    **Notice Only; UCC Filing for BLT**
                                                                                                   **Investments, LLC**

Date or dates debt was incurred   _____                      **Is the claim subject to offset?**

                                                                       ■ No
Last 4 digits of account number   _____                     ☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                  $      **9,182.85**

**Blue Ridge Energies**                                               Check all that apply.
**PO Box 112**                                                        ☐ Contingent
**Lenoir, NC 28645**                                                  ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**    **Trade Debt**

---

Debtor 1    **Arthur H. Lankford**                                           Case number (if know) _____
_____
First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **100.00** |
|---|---|---|---|
| | **Brushy Mountain Water** | Check all that apply. | |
| | **1202 Curtis Bridge Road** | ☐ Contingent | |
| | **Wilkesboro, NC 28697** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **212.81** |
|---|---|---|---|
| | **Business Card** | Check all that apply. | |
| | **PO Box 15796** | ☐ Contingent | |
| | **Wilmington, DE 19886-5796** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:  Credit Card** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **144,838.54** |
|---|---|---|---|
| | **Cary Oil Co., Inc.** | Check all that apply. | |
| | **110 MacKenan Drive, Suite 300** | ☐ Contingent | |
| | **Cary, NC 27511** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:  Money Loaned** | |
| | Date or dates debt was incurred **9/10/2015** | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **Douglas G. Eisele** | Check all that apply. | |
| | **Eisele Ashburn Greene & Chapman** | ☐ Contingent | |
| | **320 W Broad Street** | ☐ Unliquidated | |
| | **Statesville, NC 28677** | ☐ Disputed | |

---

Debtor 1   **Arthur H. Lankford**                                    Case number (if know) _____

      First Name        Middle Name        Last Name

---

**Basis for the claim:**  **Notice only as attorney for Raymer Oil**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **835,000.00** |

**Gateco**
**2200 East Bessemer Avenue**
**Greensboro, NC 27405**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **553,000.00** |

**Great State Bank**
**1422 US Highway 421A**
**Wilkesboro, NC 28697**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Money loaned**

Date or dates debt was incurred  **7/3/15**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **12,583.07** |

**High Country Nozzle**
**149 New Value Road**
**Newland, NC 28657**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **1,557.83** |

---

Debtor 1   **Arthur H. Lankford**
     First Name          Middle Name           Last Name         Case number (if know) _____

---

**Lime Energy**
**Dept 20-7016**
**PO Box 599**
**Carol Stream, IL 60197-5997**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $ **250,000.00** |
|---|---|---|---|

**Linda Lankford**
**PO Box 608**
**North Wilkesboro, NC 28659**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Money loaned**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $ **3,750.00** |
|---|---|---|---|

**McClure CPA**
**PO Box 757**
**North Wilkesboro, NC 28659**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.17 | **Nonpriority creditor's name and mailing address** | | $ **1,944.00** |
|---|---|---|---|

**McElwee Firm**
**906 Main Street**
**North Wilkesboro, NC 28659**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Legal Services**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____

---

Debtor 1   **Arthur H. Lankford**
_____ _____ _____
First Name        Middle Name        Last Name

Case number (if know) _____

---

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Nan E. Hannah, Esq.**<br>**Attorney for Cary Oil**<br>**PO Box 2395**<br>**Raleigh, NC 27602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |
|---|---|---|---|

Basis for the claim:   **Notice only as attorney for Cary Oil**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Nes Nationwide Credit Services - UCC**<br>**PO Box 24101**<br>**Cleveland, OH 44124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |
|---|---|---|---|

Basis for the claim:   **Notice Only; UCC Filing for Cary Oil Co., Inc.**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**New York Life**<br>**PO Box 559005**<br>**Austin, TX 78755-9903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **2,113.36** |
|---|---|---|---|

Basis for the claim:   **Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Opis**<br>**PO Box 9407**<br>**Gaithersburg, MD 20898-9407** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **617.00** |
|---|---|---|---|

Basis for the claim:   **Trade Debt**

---

Debtor 1  **Arthur H. Lankford**                                              Case number (if know) _____

First Name        Middle Name        Last Name

---

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number _____          ■ No
                                                          ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 379.11 |

**Pencare Spec**
**PO Box 245**
**Warrensville, NC 28693**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number _____          ■ No
                                                          ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 474.01 |

**Petroleum Specialties**
**503 Maverick Road**
**Kernersville, NC 27284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number _____          ■ No
                                                          ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Philip T. Gray**
**Stephenson Law**
**PO Box 1267**
**Cary, NC 27512**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only as attorney for Cary Oil**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number _____          ■ No
                                                          ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 461.00 |

**Principal Life Insurance Co.**
**PO Box 14513**
**Des Moines, IA 50306-3513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Arthur H. Lankford**
_____   _____   _____          Case number (if know) _____
First Name               Middle Name               Last Name

**Basis for the claim:**   **Trade Debt**
_____

Date or dates debt was incurred   _____          **Is the claim subject to offset?**

Last 4 digits of account number   _____          ■ No
                                                            ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **200.00** |

**Total Sir**
**PO Box 2040**
**Cornelius, NC 28031**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**
_____

Date or dates debt was incurred   _____          **Is the claim subject to offset?**

Last 4 digits of account number   _____          ■ No
                                                            ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **452.33** |

**United Health Care**
**Dept. CH 10151**
**Palatine, IL 60055-0151**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**
_____

Date or dates debt was incurred   _____          **Is the claim subject to offset?**

Last 4 digits of account number   _____          ■ No
                                                            ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **144.88** |

**Wilkes Hardware**
**324 10th Street**
**North Wilkesboro, NC 28659**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**
_____

Date or dates debt was incurred   _____          **Is the claim subject to offset?**

Last 4 digits of account number   _____          ■ No
                                                            ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **7,826.53** |

Debtor 1 **Arthur H. Lankford**

First Name          Middle Name          Last Name

Case number (if know) _____

**Wilkes Oil**
**PO Box 1346**
**North Wilkesboro, NC 28659**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | $ | **415.24** |
|---|---|---|---|---|

**Wilkes Telecommunications**
**1400 River Street**
**Wilkesboro, NC 28697**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**Yadkin Valley Bank**
**Attn: Terry S Earley, Registered Agent**
**3600 Glenwood Avenue, Suite 300**
**Raleigh, NC 27612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.32 | **Nonpriority creditor's name and mailing address** | | $ | **816,000.00** |
|---|---|---|---|---|

**Yadkin Valley Bank and Trust Company**
**1404 West D Street**
**North Wilkesboro, NC 28659**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money loaned**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Arthur H. Lankford**

     First Name        Middle Name         Last Name

Case number (if know) _____

| | |
|---|---|
| 3.33 | |

**Nonpriority creditor's name and mailing address**

**Zebra**
**1400 River Street**
**Wilkesboro, NC 28697**

_____

As of the petition filing date, the claim is:       $       **6,824.27**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  **89.35** |
| 5b. Total claims from Part 2 | 5b. + | $  **2,652,464.10** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  **2,652,553.45** |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

---

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for transport of petroleum hauling to business locations** | |
| State the term remaining | **April 26, 2017 with option 2yr renewal** | **B&B Transport, Inc.** **2004 Highland Avenue NE** **Hickory, NC 28601** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Note Modification and Supply Agreement-incorporating terms of Co-Marketer Agreement dated 9/15/2010** | |
| State the term remaining | **9/14/17** | **Cary Oil Co., Inc.** **110 MacKenan Drive** **Cary, NC 27511** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
| State the term remaining | **5/28/17 w/auto renewal** | **Daham Properties, LLC** **Hamptonville and Thurmond Convenience** **2845 US HWY 21** **Hamptonville, NC 27020** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
| State the term remaining | **6/18/17 w/ auto renewal** | **Jamie Triplett & Matthew Triplett** **Tripp's Market, LLC** **276 Grand Street** **Millers Creek, NC 28651** |
| List the contract number of any government contract | | |

---

Debtor 1    **Tar Heel Oil II, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | **through 12/31/16** | **Michael Cecelia Shore d/b/a Daniel Boone Citgo 1530 US HWY 321 Blowing Rock, NC 28605** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | | **Obama Al-Shayef and Ray Al-Shayef Ash-Wilkes Properties, LLC Backyard Convenience 5410 Boone Trail Millers Creek, NC 28651** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | **1/28/16 w/auto renewal** | **Pragnesh Avaiya P& J Express 4700 W US HWY 421 Wilkesboro, NC 28697** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | **through June 24, 2016 w/auto renewal** | **Reggie Colvard d/b/a N&W Service Station 817 D Street North Wilkesboro, NC 28659** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | **8/31/17 w/auto renewal** | **Riteshkumar Patel d/b/a Mahadev Wilkes, Inc. West Park Citgo 1400 West D Street North Wilkesboro, NC 28659** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | **8/8/16 w/auto renewal** | **Santoshkumar Patel College Park Citgo 1204 River Street North Wilkesboro, NC 28659** |
| | List the contract number of | | |

Debtor 1    **Tar Heel Oil II, Inc.**                                          Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **8 cell phones used in business** | |
|---|---|---|---|
| | State the term remaining | **Month-Month** | **Sprint Nextel Corporation**<br>**Attn: Bankruptcy Dept.**<br>**10002 Park Meadows Dr., 3rd Fl.**<br>**Lone Tree, CO 80124** |
| | List the contract number of any government contract | | |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Ricoh/1022 Copier** | |
|---|---|---|---|
| | State the term remaining | **Month-Month** | **Systel Business Equipment**<br>**Corporate Headquarters**<br>**2604 Fort Bragg Road**<br>**Fayetteville, NC 28303** |
| | List the contract number of any government contract | | |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum sale, distribution and supply agreement** | |
|---|---|---|---|
| | State the term remaining | **7/6/16** | **Tammy Edwards**<br>**d/b/a Foothills Grocery**<br>**1681 HWY 21 N**<br>**Thurmond, NC** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Arthur  Lankford** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Arthur and Jennifer Lankford** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Cary Oil Co., Inc.** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Arthur Lankford** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |
| 2.4 | **Arthur Lankford** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **BLT Investments, LLC** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Backyard Convenience Store, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |
| 2.6 | **College Park Convenience Store, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |

Debtor __Tar Heel Oil II, Inc._____ Case number *(if known)* _____

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Daniel Boone Convenience Store, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.8 | **Frances and Tim York** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Cary Oil Co., Inc.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Frances York** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.10 | **Frances York** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Frances York** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **BLT Investments, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Gambil Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Principal Life Insurance Co.** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.13 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **B&B Transport,. Inc.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.14 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Bell, Davis & Pitt, P.A.** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.15 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Brushy Mountain Water** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Tar Heel Oil II, Inc.**                                    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**
*Column 1:* **Codebtor**                                                  *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.16 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Cary Oil Co., Inc.** | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |
| 2.17 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Douglas G. Eisele** | ☐ D _____<br>■ E/F  **3.10**<br>☐ G _____ |
| 2.18 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Gateco** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |
| 2.19 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **High Country Nozzle** | ☐ D _____<br>■ E/F  **3.13**<br>☐ G _____ |
| 2.20 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Linda Lankford** | ☐ D _____<br>■ E/F  **3.15**<br>☐ G _____ |
| 2.21 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **McElwee Firm** | ☐ D _____<br>■ E/F  **3.17**<br>☐ G _____ |
| 2.22 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Nes Nationwide Credit Services - UCC** | ☐ D _____<br>■ E/F  **3.19**<br>☐ G _____ |
| 2.23 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **New York Life** | ☐ D _____<br>■ E/F  **3.20**<br>☐ G _____ |
| 2.24 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Opis** | ☐ D _____<br>■ E/F  **3.21**<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor  **Tar Heel Oil II, Inc.**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.25 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Pencare Spec** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.26 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Philip T. Gray** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.27 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Wilkes Hardware** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.28 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Wilkes Telecommunications** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.29 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Yadkin Valley Bank and Trust Company** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.30 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **United Health Care** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.31 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Total Sir** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.32 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Zebra** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.33 | **Gambill Oil, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Town of North Wilkesboro** | ☐ D _____<br>■ E/F __2.13__<br>☐ G _____ |

Debtor **Tar Heel Oil II, Inc.** _____     Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.34 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | Lime Energy | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.35 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | American Express | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.36 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | Business Card | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.37 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | BCBSNC | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.38 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | McClure CPA | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.39 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | Petroleum Specialties | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.40 | Gambill Oil, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | Nan E. Hannah, Esq. | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.41 | Gambill Oil. LLC | PO Box 608<br>North Wilkesboro, NC 28659 | Aramark | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.42 | Hamptonville Convenience Store, LLC | PO Box 608<br>North Wilkesboro, NC 28659 | Great State Bank | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Tar Heel Oil II, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.43 | **Millers Creek Convenience Store, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |
| 2.44 | **Mountain Oil II, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |
| 2.45 | **Ninth Street Office, Inc.** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |
| 2.46 | **North Bridge Street Service Station, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |
| 2.47 | **Thurmond Convenience Store, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |
| 2.48 | **West Park Convenience Store, LLC** | **PO Box 608**<br>**North Wilkesboro, NC 28659** | **Great State Bank** | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Tar Heel Oil II, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,326,072.69** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$30,152,245.66** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$38,884,372.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor  **Tar Heel Oil II, Inc.**                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ashley Farms, II**<br>**Elk Spur St. Ext.**<br>**Wilkesboro, NC 28697** | **2/1/16;**<br>**2/8/16;**<br>**2/15/16;**<br>**2/22/16;**<br>**2/29/16;**<br>**1/4/16;**<br>**1/18/16;**<br>**12/7/15;**<br>**12/14/15;**<br>**12/21/15;**<br>**12/28/15** | **$15,665.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.2. **BCBSNC**<br>**PO Box 580017**<br>**Charlotte, NC 28258-0017** | **2/5/16;**<br>**1/14/16;**<br>**12/4/15** | **$11,549.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Insurance** |
| 3.3. **Cary Oil Company, Inc.**<br>**110 MacKenan Drive, Suite 300**<br>**Cary, NC 27511** | **2/10-2/16-2/2**<br>**2-2/1-2/29-20**<br>**16**<br>**1/5-1/6-1/11-2**<br>**016**<br>**12/3-12/15-12**<br>**/29-12/2-12/3-**<br>**12/4-12/7-12/**<br>**10-12/14-12/2**<br>**1-12/29-12/31**<br>**-2015** | **$714,225.96** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.4. **Cove Creek**<br>**1182 US Highway 321**<br>**Sugar Grove, NC 28679** | **2/1-2/9-2/16-2**<br>**/23-2/29-2016**<br>**1/18-1/25-201**<br>**6**<br>**12/15-12/28-2**<br>**015** | **$39,591.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.5. **Foothills Grocery**<br>**1681 Highway 21 N**<br>**Thurmond, NC 28683** | **2/2-2/16/2/3-**<br>**2016**<br>**1/5-1/26-2016**<br>**12/23-12/31-2**<br>**015** | **$13,598.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.6. **Great State Bank**<br>**1422 US Highway 421 Business**<br>**Wilkesboro, NC 28697** | **2/3-2/22-2016**<br>**1/21-2016**<br>**12/3-12/21-20**<br>**15** | **$14,221.01** | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.7. **High County Nozzle**<br>**149 New Vale Road**<br>**Newland, NC 28657** | **2/22/16**<br>**1/14-1/21-1/2**<br>**7-2016**<br>**12/9/15** | **$14,403.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Station Exp.** |

Debtor __Tar Heel Oil II, Inc.__                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. **Holly Mountain Enterprises**<br>**PO Box 554**<br>**Wilkesboro, NC 28697** | 2/10-2/24-2016 | $7,302.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.9. **Stroud Lloyd**<br>**1801 Wildcat Creek Road**<br>**Chapel Hill, NC 27516** | 1/28/16 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.10. **New York Life**<br>**PO Box 559005**<br>**Austin, TX 78755-9903** | 2/12-2/22-2016<br>1/14-1/21-1/27-2016<br>12/9/15 | $12,282.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Insurance** |
| 3.11. **Pro Stop BP**<br>**10806 Highway 21 N**<br>**Glade Valley, NC 28627** | 2/1-2/8-2/15-2/22-2/19-2016<br>1/4-1/11-1/25-2016<br>12/7-12/21-12/28-2015 | $11,744.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.12. **Southern Country**<br>**3979 Sparta Road**<br>**North Wilkesboro, NC 28659** | 2/17-2/24-2016<br>1/27-2016<br>12/31-15 | $7,156.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |
| 3.13. **Wilkes County Tax**<br>**PO Box 63029**<br>**Charlotte, NC 28263-3029** | 1/28-16<br>12/30-15 | $7,138.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Property Taxes** |
| 3.14. **Yadkin Bank and Trust Company**<br>**1404 West D Street**<br>**North Wilkesboro, NC 28659** | 12/8-12/9-12/11-12/14-12/17-12-18-12/22-2015 | $95,658.97 | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.15. **Yadkin Valley Grocery**<br>**16014 NC Highway 268**<br>**Lenoir, NC 28645** | 2/1-2/9-2/16-2/23-2/26-2016<br>1/4-1/18-1/25-2016<br>12/7-12/15-12/21-2015 | $21,366.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Credit Card Overages** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | Tar Heel Oil II, Inc. | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Raymer Oil Company and Raymer Brothers, Inc., d/b/a Public Oil Company v. Cary Oil Co., Inc. v. Gambill Oil, LLC and Tar Heel Oil II, Inc. 15-Cvs-186** | **Money Owed** | **Superior Court of Iredell Hall of Justice 221 E Water Sreet Statesville, NC 28677** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Cary Oil Co, Inc. v. Gambill Oil, LLC and Tar Heel Oil II, Inc. 15-Cvs-186** | **Thrid Party Plaintiff** | **Superior Court of Iredell Hall of Justice 221 E. Water Street Statesville, NC 28677** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | Tar Heel Oil II, Inc. | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2008 Mitsubishi Eclipse- wrecked and $8000 paid to Yadkin Valley Bank from insurance** | | | **$8,000.00** |

---

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ivey, McClellan, Gatton & Siegmund, LLP**<br>**100 S Elm St, Ste 500**<br>**Greensboro, NC 27401** | **Pre-petition bankruptcy preparation, including negotiations with creditors.**<br><br>**Services rendered were jointly rendered to, and jointly billed to Gambill Oil, LLC.** | **2/4/2016 - $14,573.40**<br>**2/24/2016 - $4,007.50**<br>**3/4/2016 - $22,661.00 - Including Filing Fee.** | **$41,241.90** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Tar Heel Oil II, Inc.    Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **Bobby Patel**<br>**Wykes Market**<br>**1661 US Highway 421**<br>**Wilkesboro, NC 28697** | **1996 GMC 1/2 ton pickup** | | **$1,500.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2 | **Bruce Miller**<br>**404 Main Street**<br>**North Wilkesboro, NC 28659** | **2000 Lexus RX300** | | **$1,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.3 | **Bobby Patel**<br>**Wykes Market**<br>**1661 US Highway 421**<br>**Wilkesboro, NC 28697** | **1998 Ford F150 Pickup** | | **$1,500.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.4 | **Bobby Patel**<br>**Wykes Market**<br>**1661 US Highway 421**<br>**Wilkesboro, NC 28697** | **1998 Chevrolet Hydraulic Crane Truck** | | **$1,500.00** |
| | **Relationship to debtor**<br>**None** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

Debtor    **Tar Heel Oil II, Inc.**                                    Case number *(if known)* _____

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

  ■  No.
  ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ■  No. Go to Part 10.
  ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

  ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

  ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Debtor    **Tar Heel Oil II, Inc.**    Case number *(if known)*

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mountain Oil Company, LLC<br>585 East King Street<br>Boone, NC 28607** | **NC Dept. Environmental Quality<br>217 West Jones Street<br>Raleigh, NC 27603** | **Kerosene diesel release - Incident #95132 Release from Tar Heel and/or Gambill tank, at site of LLC - Responsible party believed to be Mountain Oil Company, LLC** | **July 2010** |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Carl Yale<br>Hemric & YAle, CPA<br>194 West Park Circle<br>North Wilkesboro, NC 28659** | **1972- Present** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Tar Heel Oil II, Inc.                                                Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.2. **Amy Cox**<br>**PO Box 608**<br>**North Wilkesboro, NC 28659** | **Bookkeeper- 1995-Present** |
| 26a.3. **Brenda Hall Cashion**<br>**PO Box 608**<br>**North Wilkesboro, NC 28659** | **Bookkeeper- 1968-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Carl Yale**<br>**Hemric & Yale, CPA**<br>**194 West Park Circle**<br>**North Wilkesboro, NC 28659** | **Accountant 1972-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Tar Heel Oil II, Inc.**<br>**PO Box 608**<br>**North Wilkesboro, NC 28659** | **At business location** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Great State Bank**<br>**1422 US Highway 421 A**<br>**Wilkesboro, NC 28697** |
| 26d.2. **Yadkin Valley Bank**<br>**1404 West D Street**<br>**Winterville, NC 28590** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor __Tar Heel Oil II, Inc._____     Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Arthur Lankford** | **Monthly** | inventory of fuel is calculated and cost of use at end of each month to value. |
| | Name and address of the person who has possession of inventory records | | |
| | **Arthur Lankford**<br>**Tar Heel Oil II, Inc.**<br>**PO Box 608**<br>**North Wilkesboro, NC 28659** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arthur H. Lankford | PO Box 608<br>North Wilkesboro, NC 28659 | President | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frances L. York | PO Box 608<br>North Wilkesboro, NC 28659 | Secretary/Treasurer | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Arthur H. Lankford**<br>**PO Box 608**<br>**North Wilkesboro, NC 28659** | **$101,999.82- combined from Tarheel and Gambill** | **$3,923.07-every other week** | **Salary** |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **Frances L. York**<br>**PO Box 608**<br>**North Wilkesboro, NC 28659** | **$65,999.70- combined from Tarheel and Gambill** | **$2,538.45-every other week** | **Salary** |
| | Relationship to debtor<br>**Secretary/Treasurer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Tar Heel Oil II, Inc.**                                                        Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2016**

**/s/ Arthur H. Lankford**                                    **Arthur H. Lankford**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Tar Heel Oil II, Inc.** _____   Case No. _____
                                                    Debtor(s)        Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................   $ _____ **50,000.00**

    Prior to the filing of this statement I have received ...........................   $ _____ **41,241.90**

    Balance Due ......................................................................................   $ _____ **8,758.10**

2.  $ __**1,046.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in adversary proceedings & other contested bankruptcy matters.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__**March  4, 2016**__                              **/s/ Charles M. Ivey III**
_Date_                                              **Charles M. Ivey III 8333**
                                                    _Signature of Attorney_
                                                    **Ivey, McClellan, Gatton & Siegmund**
                                                    **100 S. Elm St, Ste. 500**
                                                    **Greensboro, NC 27401**
                                                    **336-274-4658  Fax: 336-274-4540**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Tar Heel Oil II, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 4, 2016**

Signature  **/s/ Arthur H. Lankford**

**Arthur H. Lankford**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Tar Heel Oil II, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  4, 2016**

**/s/ Arthur H. Lankford**

**Arthur H. Lankford/President**
Signer/Title

American Express
P.O. Box 650448
Dallas, TX 75265-0448


Aramark
PO Box 905810
Charlotte, NC 28290-5810


Ashe County Tax Collector
150 Government Circle, Suite 2275
Jefferson, NC 28640-8963


B&B Transport, Inc.
2004 Highland Avenue NE
Hickory, NC 28601


B&B Transport,. Inc.
2004 Highland Avenue NE
Hickory, NC 28601


BCBSNC
PO Box 580017
Charlotte, NC 28258-0017


Bell, Davis & Pitt, P.A.
Attorney for BLT
PO Box 21029
Winston Salem, NC 27120


BLT Investments, LLC
701 Colonial Drive
North Wilkesboro, NC 28659


Blue Ridge Energies
PO Box 112
Lenoir, NC 28645


Brushy Mountain Water
1202 Curtis Bridge Road
Wilkesboro, NC 28697


Business Card
PO Box 15796
Wilmington, DE 19886-5796

Caldwell County Tax Collector
PO Box 220
Lenoir, NC 28645


Cary Oil Co., Inc.
110 MacKenan Drive, Suite 300
Cary, NC 27511


Cary Oil Co., Inc.
110 MacKenan Drive
Cary, NC 27511


Catawba County Tax Collector
PO Box 580071
Charlotte, NC 28258-0071


City of Lenoir
PO Box 958
Lenoir, NC 28645-0958


Daham Properties, LLC
Hamptonville and Thurmond Convenience
2845 US HWY 21
Hamptonville, NC 27020


Douglas G. Eisele
Eisele Ashburn Greene & Chapman
320 W Broad Street
Statesville, NC 28677


Employment Security Commission
PO Box 26504
Raleigh, NC 27611


Gateco
2200 East Bessemer Avenue
Greensboro, NC 27405


Great State Bank
1422 US Highway 421A
Wilkesboro, NC 28697

Great State Bank
Attn: Greg C Edwards, Registered Agent
PO Box 892
Wilkesboro, NC 28697


High Country Nozzle
149 New Value Road
Newland, NC 28657


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Jamie Triplett & Matthew Triplett
Tripp's Market, LLC
276 Grand Street
Millers Creek, NC 28651


Lime Energy
Dept 20-7016
PO Box 599
Carol Stream, IL 60197-5997


Linda Lankford
PO Box 608
North Wilkesboro, NC 28659


McClure CPA
PO Box 757
North Wilkesboro, NC 28659


McElwee Firm
906 Main Street
North Wilkesboro, NC 28659


Michael Cecelia Shore
 d/b/a Daniel Boone Citgo
1530 US HWY 321
Blowing Rock, NC 28605


Nan E. Hannah, Esq.
Attorney for Cary Oil
PO Box 2395
Raleigh, NC 27602

Nes Nationwide Credit Services - UCC
PO Box 24101
Cleveland, OH 44124


New York Life
PO Box 559005
Austin, TX 78755-9903


North Carolina Dept. of Labor
1101 Mail Service Center
Raleigh, NC 27699-1101


North Carolina Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Obama Al-Shayef and Ray Al-Shayef
Ash-Wilkes Properties, LLC
Backyard Convenience
5410 Boone Trail
Millers Creek, NC 28651


Opis
PO Box 9407
Gaithersburg, MD 20898-9407


Pencare Spec
PO Box 245
Warrensville, NC 28693


Petroleum Specialties
503 Maverick Road
Kernersville, NC 27284


Philip T. Gray
Stephenson Law
PO Box 1267
Cary, NC 27512


Pragnesh Avaiya
P& J Express
4700 W US HWY 421
Wilkesboro, NC 28697

Principal Life Insurance Co.
PO Box 14513
Des Moines, IA 50306-3513


Reggie Colvard d/b/a N&W Service Station
817 D Street
North Wilkesboro, NC 28659


Riteshkumar Patel
d/b/a Mahadev Wilkes, Inc.
West Park Citgo
1400 West D Street
North Wilkesboro, NC 28659


Santoshkumar Patel
College Park Citgo
1204 River Street
North Wilkesboro, NC 28659


Securities & Exchange Commission
Atlanta Regional Office
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326-1382


Sprint Nextel Corporation
Attn: Bankruptcy Dept.
10002 Park Meadows Dr., 3rd Fl.
Lone Tree, CO 80124


Surry County Tax Collector
PO Box 576
Dobson, NC 27017-0576


Systel Business Equipment
Corporate Headquarters
2604 Fort Bragg Road
Fayetteville, NC 28303


Tammy Edwards
d/b/a Foothills Grocery
1681 HWY 21 N
Thurmond, NC


Total Sir
PO Box 2040
Cornelius, NC 28031

Town of Elkin Tax Collector
PO Box 857
Elkin, NC 28621-0857


Town of Hudson Tax Department
PO Box 457
Hudson, NC 28638


Town of North Wilkesboro
PO Box 218
North Wilkesboro, NC 28659


United Health Care
Dept. CH 10151
Palatine, IL 60055-0151


Watauga County Tax Administration
Ste 21 Courthouse
842 W. King Street
Boone, NC 28607


Wilkes County Tax Office
PO Box 63029
Charlotte, NC 28263-3029


Wilkes Hardware
324 10th Street
North Wilkesboro, NC 28659


Wilkes Oil
PO Box 1346
North Wilkesboro, NC 28659


Wilkes Telecommunications
1400 River Street
Wilkesboro, NC 28697


Yadkin Valley Bank
Attn: Terry S Earley, Registered Agent
3600 Glenwood Avenue, Suite 300
Raleigh, NC 27612


Yadkin Valley Bank and Trust Company
1404 West D Street
North Wilkesboro, NC 28659

Zebra
1400 River Street
Wilkesboro, NC 28697

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Tar Heel Oil II, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tar Heel Oil II, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  4, 2016**

Date

**/s/ Charles M. Ivey III**

**Charles M. Ivey III 8333**

Signature of Attorney or Litigant

Counsel for    **Tar Heel Oil II, Inc.**

**Ivey, McClellan, Gatton & Siegmund**

**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
**336-274-4658 Fax:336-274-4540**