**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Winston-Salem DIVISION**

In re: Tar Heel Oil II, Inc.                    §        Case No. 16-50216
                                                §
                                                §
                                                §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**


        JP Cournoyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $748,681.00 | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $362,654.48 | Claims Discharged Without Payment: $2,838,637.85 |
| Total Expenses of Administration: $179,552.60 | |

        3) Total gross receipts of $542,207.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $542,207.08 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,313,374.99 | $270,811.38 | $270,811.38 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $126,514.33 | $135,105.97 | $135,105.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $66,003.36 | $44,446.63 | $44,446.63 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $695.17 | $695.17 | $695.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $4,796,421.32 | $2,929,785.78 | $91,147.93 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,303,009.17 | $3,380,844.93 | $542,207.08 |

4) This case was originally filed under chapter 11 on 03/04/2016, and it was converted to chapter 7 on 09/28/2017.  The case was pending for 23 months.

5) A copy of the final bank statement of the state, reflecting a zero balance, has been submitted to the Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/10/2019

By: /s/ John Paul  Cournoyer

Trustee , Bar No.: 42224

**TDR (4/1/2009)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1996 Chrysler Sebring | 1129-000 | $850.02 |
| Chapter 11 Checking Account | 1290-010 | $93,282.53 |
| Chapter 11 Lankford 549 Settlement Account | 1290-010 | $34,875.93 |
| 2005 Chevrolet Silverado | 1129-000 | $3,800.00 |
| 2009 Anderson Trailer | 1129-000 | $2,000.00 |
| Wells Fargo Account Ending 3738 | 1290-000 | $10.54 |
| Equipment Sales (Sale to Cary Oil) | 1229-000 | $66,623.49 |
| Remnant Assets | 1229-000 | $2,500.00 |
| Duke Energy Refunds | 1290-000 | $595.78 |
| Combs Fremont Holdings, LLC Litigation | 1149-000 | $125,000.00 |
| Gas Station Assets at Miller's Creek/Backyard Convenience | 1129-000 | $25,000.00 |
| USTs & Personal Property - Daham Properties Stores | 1229-000 | $2,000.00 |
| Covenant Not to Compete Proceeds | 1290-000 | $100,000.00 |
| Final inter-company reconciliation | 1290-000 | $7,050.38 |
| Chapter 11 Bond | 1290-000 | $505.00 |
| Chapter 11 Cash Collateral Account | 1290-010 | $73,313.41 |
| 2005 GMC Yukon | 1129-000 | $4,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$542,207.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**TDR (4/1/2009)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Yadkin Bank | 4110-000 | NA | $518,819.45 | $0.00 | $0.00 |
| 5 | Yadkin Bank | 4110-000 | NA | $831,743.18 | $0.00 | $0.00 |
| 6 | c/o Nan E. Hannah Hannah Sheridan Loughridge & Cochran, LLP | 4110-000 | NA | $1,323,394.30 | $0.00 | $0.00 |
| 11 | Great State Bank | 4110-000 | NA | $554,345.85 | $0.00 | $0.00 |
| 12 | Great State Bank | 4210-000 | NA | $400,672.21 | $270,811.38 | $270,811.38 |
| 23 | Jon M. Gambill | 4110-000 | NA | $684,400.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$4,313,374.99** | **$270,811.38** | **$270,811.38** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John Paul Cournoyer | 2100-000 | NA | $30,360.35 | $30,360.35 | $30,360.35 |
| Attorney for Trustee Fees - Northen Blue, LLP | 3110-000 | NA | $22,654.00 | $22,654.00 | $22,654.00 |
| Attorney for Trustee, Expenses - Northen Blue, LLP | 3120-000 | NA | $912.68 | $912.68 | $912.68 |
| Auctioneer Expenses - Iron Horse Auction Co | 3620-000 | NA | $1,281.26 | $1,281.26 | $1,281.26 |
| Fees, United States Trustee | 2950-000 | NA | $1,950.00 | $1,950.00 | $1,950.00 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $209.74 | $209.74 |
| Costs to Secure/Maintain Property - EMC Insurance | 2420-000 | NA | $0.00 | $5,171.06 | $5,171.06 |
| Costs to Secure/Maintain Property - HCN Petroleum Equipment | 2420-000 | NA | $0.00 | $2,769.48 | $2,769.48 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,630.04 | $4,630.04 | $4,630.04 |
| Other Chapter 7 Administrative Expenses - First Citizens Bank | 2990-000 | NA | $0.00 | $109.50 | $109.50 |
| Other Chapter 7 Administrative Expenses - NC Dept. of Environmental Quality | 2990-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| Other Chapter 7 Administrative Expenses - Petroleum Service & Calibration | 2990-000 | NA | $0.00 | $331.86 | $331.86 |
| Special Counsel for Trustee Fees - McElwee Firm PLLC | 3210-600 | NA | $31,250.00 | $31,250.00 | $31,250.00 |
| Special Counsel for Trustee Expenses - McElwee Firm PLLC | 3220-610 | NA | $1,190.00 | $1,190.00 | $1,190.00 |
| Accountant for Trustee Fees (Other Firm) - Nelson & Company, PA | 3410-000 | NA | $2,286.00 | $2,286.00 | $2,286.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$126,514.33** | **$135,105.97** | **$135,105.97** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Ira D. Morris, Jr. | 6410-000 | NA | $3,545.26 | $2,423.54 | $2,423.54 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Ivey, McClellan, Gatton & Siegmund, LLP | 6210-000 | NA | $34,602.33 | $23,654.15 | $23,654.15 |
| Prior Chapter Trustee Compensation - John Paul H. Cournoyer | 6101-000 | NA | $11,579.77 | $7,242.67 | $7,242.67 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Northern Blue, LLP Attn: JP Cournoyer | 6110-000 | NA | $13,226.00 | $9,041.29 | $9,041.29 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Nelson & Company, PA | 6410-000 | NA | $3,050.00 | $2,084.98 | $2,084.98 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$66,003.36** | **$44,446.63** | **$44,446.63** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Internal Revenue Service Centralized Insolvency | 5800-000 | NA | $294.97 | $294.97 | $294.97 |
| 18 | Ashe County Tax Collector | 5800-000 | NA | $111.12 | $111.12 | $111.12 |
| 24 | Town of Wilkesboro | 5800-000 | NA | $44.72 | $44.72 | $44.72 |
| 26 | Burke County Tax Collector | 5800-000 | NA | $244.36 | $244.36 | $244.36 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$695.17** | **$695.17** | **$695.17** |

TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WILKES COUNTY TAX COLLECTOR | 7100-000 | NA | $579.10 | $579.10 | $18.02 |
| 2 | Internal Revenue Service Centralized Insolvency | 7100-000 | NA | $788.83 | $0.00 | $0.00 |
| 2-6 | Internal Revenue Service Centralized Insolvency | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP | 7100-000 | NA | $224.08 | $224.08 | $6.97 |
| 4-2 | CL45 MW Loan 1, LLC | 7100-000 | NA | $518,819.45 | $419,590.86 | $13,053.94 |
| 5-2 | CL45 MW Loan 1, LLC | 7100-000 | NA | $831,743.18 | $831,743.18 | $25,876.45 |
| 7 | Blue Ridge Energies | 7100-000 | NA | $5,680.68 | $5,680.68 | $176.73 |
| 8 | Duke Energy Carolinas | 7100-000 | NA | $1,492.00 | $1,492.00 | $46.42 |
| 9 | Cary Oil Company c/o Nan E. Hannah Hannah Sheridan Loughridge & Cochran, LLP | 7100-000 | NA | $144,838.54 | $0.00 | $0.00 |
| 10 | BLT Investments, LLC | 7100-000 | NA | $1,597,957.79 | $0.00 | $0.00 |
| 10-1 | BLT Investments, LLC | 7100-000 | NA | $1,510,132.79 | $1,510,132.79 | $46,981.91 |
| 12-2 | Great State Bank | 7100-000 | NA | $125,000.00 | $125,000.00 | $3,888.89 |
| 13 | Bumgarner Oil Co.,Inc. | 7100-000 | NA | $31,522.33 | $31,522.33 | $980.69 |
| 15 | McClure CPA, P.A. | 7100-000 | NA | $3,750.00 | $3,750.00 | $116.67 |
| 21 | Bumgarner Oil Co., Inc. | 7100-000 | NA | $23,821.79 | $0.00 | $0.00 |

TDR (4/1/2009)

| 22 | North Carolina Department of Labor NC Department of Justice | 7100-000 | NA | $40.00 | $40.00 | $1.24 |
|----|----|----|----|----|----|----|
| 25 | Town of Hildebran | 7200-000 | NA | $30.76 | $30.76 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$4,796,421.32** | **$2,929,785.78** | **$91,147.93** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

**Case No.:** 16-50216

**Case Name:** Tar Heel Oil II, Inc.

**For Period Ending:** 09/10/2019

**Trustee Name:** (530361) JP Cournoyer

**Date Filed (f) or Converted (c):** 09/28/2017 (c)

**§ 341(a) Meeting Date:** 10/27/2017

**Claims Bar Date:** 03/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Chapter 11 Checking Account (u)<br><br>Non-compensable funds from Chapter 11 Estate Checking Account. | 0.00 | 93,282.53 | | 93,282.53 | FA | 0.00 | 0.00 |
| 2 | Chapter 11 Cash Collateral Account (u)<br><br>Non-compensable funds from Chapter 11 Estate Cash Collateral Account. | 0.00 | 73,313.41 | | 73,313.41 | FA | 0.00 | 0.00 |
| 3 | Chapter 11 Lankford 549 Settlement Account (u)<br><br>Non-compensable funds from Chapter 11 Estate Lankford 549 Settlement Account. | 0.00 | 34,875.93 | | 34,875.93 | FA | 0.00 | 0.00 |
| 4 | Equipment Sales (Sale to Cary Oil) (u)<br><br>Post-conversion equipment sales related to sale of assets to Cary Oil during Chapter 11 proceeding (Order #293 entered 8/2/17, Supplemental Order #328 9/22/17). | 0.00 | 0.00 | | 66,623.49 | FA | 0.00 | 0.00 |
| 5 | 1997 Lincoln<br>BLT stay relief (motion filed 11/6/2017 #358) granted, order entered 11/22/2017 (#366). | 3,750.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 6 | 2002 Chevrolet Suburban<br>BLT stay relief (motion filed 11/6/2017 #358) granted, order entered 11/22/2017 (#366). | 7,825.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 7 | 2002 GMC Yukon<br>BLT stay relief (motion filed 11/6/2017 #358) granted, order entered 11/22/2017 (#366). | 6,900.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Covenant Not to Compete Proceeds (u)<br><br>Covenant Not to Compete entered into between Debtor and TGEnergy, Inc. on 11/13/2012, assigned to Great State Bank on 10/20/2015. | 0.00 | 0.00 | | 100,000.00 | FA | 0.00 | 0.00 |
| 9 | USTs & Personal Property - Daham Properties Stores (u)<br>Order granting motion for private sale of underground storage tanks and personal property located at convenient stores/gas stations owned by Daham Properties, LLC and Wail Alshayef entered 11/30/2017 (#377). | 0.00 | 2,000.00 | | 2,000.00 | FA | 0.00 | 0.00 |
| 10 | Gas Station Assets (See Asset Memo)<br><br>"Gas Stations Assets" defined in Trustee's Motion to Abandon (#356) filed on 11/3/2017 as underground storage tanks and personal property assets related to the sale of petroleum products, such as canopies, pump dispensers, and cash registers, owned by Debtor at various gasoline stations and convenience stores who were customers of Debtor. Gas Station Assets not sold pursuant to the Sale Order entered on 8/2/2017 (#293, as supplemented by #328), said sale proceeds being administered under Asset #4, or by any other order entered separately for the sale of certain Gas Station Assets to a specific purchaser, said sale proceeds being administered under Asset #9 and #11, ordered abandoned by the Court on 12/21/2017 (#387). | 717,206.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:   16-50216

Case Name:    Tar Heel Oil II,  Inc.

For Period Ending:    09/10/2019

Trustee Name:    (530361) JP Cournoyer

Date Filed (f) or Converted (c):   09/28/2017 (c)

§ 341(a) Meeting Date:    10/27/2017

Claims Bar Date:    03/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 11 | Gas Station Assets at Miller's Creek/Backyard Convenience<br><br>"Gas Stations Assets" defined in Trustee's Motion to Abandon (#356) filed on 11/3/2017 as underground storage tanks and personal property assets related to the sale of petroleum products, such as canopies, pump dispensers, and cash registers owned by Debtor, located at the Miller's Creek/Backyard Convenience Locations (as defined in the Order Granting Motion to Abandon entered 12/21/2017 (#387)) sold under a settlement approved by the Court in Adv. Pro. 17-6034.  The Order was entered 7/25/2018 and is Doc. #442 (#31 in the AP). | Unknown | Unknown | | 25,000.00 | FA | 0.00 | 0.00 |
| 12 | Duke Energy Refunds (u)<br><br>Deposit refunds for Acct. ending 7686 and Acct. ending 1961. | 0.00 | 0.00 | | 595.78 | FA | 0.00 | 0.00 |
| 13 | Chapter 11 Bond (u)<br><br>Refund of remaining Chapter 11 bond. | 0.00 | 0.00 | | 505.00 | FA | 0.00 | 0.00 |
| 14 | Final inter-company reconciliation (u)<br><br>Final inter-company reconciliation (funds owed by Gambill Oil, 16-50217) approved by Court on 2/12/2018 (#405) | 0.00 | 0.00 | | 7,050.38 | FA | 0.00 | 0.00 |
| 15 | Wells Fargo Account Ending 3738 (u) | 0.00 | 0.00 | | 10.54 | FA | 0.00 | 0.00 |
| 16 | Combs Fremont Holdings, LLC Litigation<br><br>Carve out of settlement of litigation against Combs Fremont Holdings, LLC (Order #419 entered 4/30/2018). | Unknown | 0.00 | | 125,000.00 | FA | 0.00 | 0.00 |
| 17 | Business Records, Office Furniture, Other Personal Property<br>Motion to abandon business records, office furniture, and other personal property filed by Trustee 9/21/2018 (Doc. #443); Order granting motion entered 10/23/2018 (#449). | 13,000.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 18 | 2005 GMC Yukon<br><br>Order (#432) entered 6/14/2018 authorizing public sale of various vehicles.  See also, Report of Sale filed 11/13/2018 (#451). | 11,325.00 | 11,325.00 | | 4,800.00 | FA | 0.00 | 0.00 |
| 19 | 2005 Chevrolet Silverado<br><br>Order (#432) entered 6/14/2018 authorizing public sale of various vehicles.  See also, Report of Sale filed 11/13/2018 (#451). | 7,150.00 | 7,150.00 | | 3,800.00 | FA | 0.00 | 0.00 |
| 20 | 1996 Chrysler Sebring<br><br>Order (#432) entered 6/14/2018 authorizing public sale of various vehicles.  See also, Report of Sale filed 11/13/2018 (#451). | 3,800.00 | 3,800.00 | | 850.02 | FA | 0.00 | 0.00 |
| 21 | 2009 Anderson Trailer<br><br>Order (#432) entered 6/14/2018 authorizing public sale of various vehicles.  See also, Report of Sale filed 11/13/2018 (#451). | 1,000.00 | 1,000.00 | | 2,000.00 | FA | 0.00 | 0.00 |
| 22 | Remnant Assets (u)<br><br>Remnant Assets as defined in the sale motion (#471) filed by Trustee on 1/29/2019; order approving same entered 3/6/2019 (#484). | Unknown | Unknown | | 2,500.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 3

Case No.:   16-50216

Case Name:   Tar Heel Oil II, Inc.

For Period Ending:   09/10/2019

Trustee Name:   (530361) JP Cournoyer

Date Filed (f) or Converted (c):   09/28/2017 (c)

§ 341(a) Meeting Date:   10/27/2017

Claims Bar Date:   03/15/2018

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 22 | Assets Totals (Excluding unknown values) | $771,956.00 | $226,746.87 | | $542,207.08 | $0.00 | $0.00 | $0.00 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Interim Report No. 6.
Hearing on Ch. 11 administrative expenses 4/23/2019.
Draft final report for Trustee review.

**Initial Projected Date Of Final Report (TFR):**   06/30/2019       **Current Projected Date Of Final Report (TFR):**   06/11/2019 (Actual)

09/10/2019
_____
Date

/s/JP Cournoyer
_____
JP Cournoyer

Copy Served On:  Mr. William P. Miller
                 Bankruptcy Administrator

# Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

**Case No.:** 16-50216

**Case Name:** Tar Heel Oil II, Inc.

**Taxpayer ID #:** \*\*-\*\*\*3331

**For Period Ending:** 09/10/2019

**Trustee Name:** JP Cournoyer (530361)

**Bank Name:** Rabobank, N.A.

**Account #:** \*\*\*\*\*\*3800 Checking

**Blanket Bond (per case limit):** $1,200,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/17 | {1} | Tar Heel Oil II Inc | Chapter 11 Checking Account Funds | 1290-010 | 93,282.53 | | 93,282.53 |
| 10/03/17 | {4} | Collettsville General Store Inc | Equipment sales proceeds - Collettsville General Store | 1229-000 | 1,000.00 | | 94,282.53 |
| 10/03/17 | {4} | Johnson Oil Tractor Inc | Equipment sales proceeds - Porters Grocery | 1229-000 | 1,000.00 | | 95,282.53 |
| 10/03/17 | {4} | Johnson Oil Tractor Inc | Equipment sales proceeds - Traphill Grocery | 1229-000 | 1,000.00 | | 96,282.53 |
| 10/03/17 | {4} | Johnson Oil Tractor Inc | Equipment sales proceeds - Ashley Farms | 1229-000 | 500.00 | | 96,782.53 |
| 10/03/17 | {4} | Johnson Oil Tractor Inc | Equipment sales proceeds - Pleasant Hill | 1229-000 | 7,500.00 | | 104,282.53 |
| 10/06/17 | 101 | Petroleum Service & Calibration | UST Compliance Inspection - Tripps Market (Inv. #0077681) | 2990-000 | | 331.86 | 103,950.67 |
| 10/06/17 | 102 | HCN Petroleum Equipment | Service/repairs to various locations (Inv. #60650, #60651, #60653) | 2420-000 | | 1,625.45 | 102,325.22 |
| 10/19/17 | {4} | Ambar Mart Enterprises Co | petro assets purchase | 1229-000 | 500.00 | | 102,825.22 |
| 10/19/17 | {4} | Ridgeview Grocery | purchase of assets per sale agreement | 1229-000 | 500.00 | | 103,325.22 |
| 10/19/17 | {4} | Foscoe Country Corner Inc | purchase of pumps and canopy | 1229-000 | 2,500.00 | | 105,825.22 |
| 10/19/17 | {4} | Oakwoods Grocery | petro assets purchase | 1229-000 | 250.00 | | 106,075.22 |
| 10/27/17 | 103 | HCN Petroleum Equipment | Service/repairs to various locations (Inv. #60725, #60726, #60792) | 2420-000 | | 1,144.03 | 104,931.19 |
| 10/31/17 | {4} | Jack Farmer Trust | Equipment sales proceeds - Woods Grocery | 1229-000 | 500.00 | | 105,431.19 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 285.76 | 105,145.43 |
| 11/07/17 | {4} | Cary Oil Company | Final settlement | 1229-000 | 39,373.49 | | 144,518.92 |
| 11/16/17 | {4} | Vilas Ventures LLC | UST transfer of ownership and sale of assets at Cove Creek General Store Sugar Grove, NC | 1229-000 | 2,500.00 | | 147,018.92 |
| 11/16/17 | {4} | Blowing Rock BP Inc | Sale of assets | 1229-000 | 7,500.00 | | 154,518.92 |
| 11/27/17 | {4} | Tripps Market | petro assets purchase | 1229-000 | 500.00 | | 155,018.92 |
| 11/27/17 | {4} | Mahadev Wilkes Inc | bill of sale West Park | 1229-000 | 1,000.00 | | 156,018.92 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 364.38 | 155,654.54 |
| 12/04/17 | {4} | Jerrys Midway Market | UST and gas tanks sale proceeds | 1229-000 | 500.00 | | 156,154.54 |
| 12/21/17 | 104 | NC Dept. of Environmental Quality | Payment of Admin Expense Claim per Order #387 | 2990-000 | | 30,000.00 | 126,154.54 |

Page Subtotals: **$159,906.02**   **$33,751.48**

{ } Asset Reference(s)     **USBA Form 101-7-TDR (10/1/2010)**     *! - transaction has not been cleared*

# Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-50216 |
| **Case Name:** | Tar Heel Oil II, Inc. |
| **Taxpayer ID #:** | **-***3331 |
| **For Period Ending:** | 09/10/2019 |

| | |
|---|---|
| **Trustee Name:** | JP Cournoyer (530361) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3800 Checking |
| **Blanket Bond (per case limit):** | $1,200,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/22/17 | {9} | Gerald Schafer Trust Account | Daham Properties Settlement | 1229-000 | 2,000.00 | | 128,154.54 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 437.64 | 127,716.90 |
| 01/08/18 | {12} | Duke Energy | Refund of deposit on Acct ending 1961 | 1290-000 | 259.10 | | 127,976.00 |
| 01/22/18 | {13} | Global Surety LLC | Refund of remaining Chapter 11 bond | 1290-000 | 550.00 | | 128,526.00 |
| 01/22/18 | {13} | Global Surety LLC | Adjustment to update deposit 10017 | 1290-000 | -45.00 | | 128,481.00 |
| 01/23/18 | 105 | EMC Insurance | Debtor's portion of Inv. #X-85100099 | 2420-000 | | 5,171.06 | 123,309.94 |
| 01/25/18 | {12} | Duke Energy | Refund of deposit on account ending 7686 | 1290-000 | 336.68 | | 123,646.62 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 439.28 | 123,207.34 |
| 02/13/18 | {15} | Wells Fargo | Refund of cash deposit fee for closed account ending 3738 | 1290-000 | 10.54 | | 123,217.88 |
| 02/13/18 | {14} | Gambill Oil LLC | Final inter-company reconciliation approved by Court on 2/12/2018 (#405) | 1290-000 | 7,050.38 | | 130,268.26 |
| 02/28/18 | 106 | First Citizens Bank | Fees and costs for subpoenaed records, Inv #15406 | 2990-000 | | 109.50 | 130,158.76 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 315.71 | 129,843.05 |
| 03/13/18 | 107 | International Sureties, Ltd | 2018 bond expiring 3/1/19, Bond #016036434 | 2300-000 | | 108.63 | 129,734.42 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 342.35 | 129,392.07 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 330.33 | 129,061.74 |
| 05/10/18 | {16} | James C Wrenn Jr Trust Account | Combs Freemont arbitration settlement | 1149-000 | 125,000.00 | | 254,061.74 |
| 05/18/18 | 108 | Great State Bank | Payment required on Claim #12 per order entered 4/30/2018 (#419) settling Combs Fremont litigation. | 4210-000 | | 80,060.00 | 174,001.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 493.58 | 173,508.16 |
| 06/15/18 | 109 | McElwee Firm, PLLC | Final fees $31,250, exp $1,190, Per Order #431 | | | 32,440.00 | 141,068.16 |
| | | McElwee Firm PLLC | per Order #431, final                $31,250.00 | 3210-600 | | | |
| | | McElwee Firm PLLC | Per order #431                $1,190.00 | 3220-610 | | | |

| | | | |
|---|---|---|---|
| | **Page Subtotals:** | **$135,161.70** | **$120,248.08** |

## Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50216 | |
| **Case Name:** | Tar Heel Oil II, Inc. | |
| **Taxpayer ID #:** | **-***3331 | |
| **For Period Ending:** | 09/10/2019 | |

| | |
|---|---|
| **Trustee Name:** | JP Cournoyer (530361) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3800 Checking |
| **Blanket Bond (per case limit):** | $1,200,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 377.67 | 140,690.49 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 381.84 | 140,308.65 |
| 08/01/18 | {11} | Northen Blue LLP | Settlement funds (AP v Ray) | 1129-000 | 25,000.00 | | 165,308.65 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 405.30 | 164,903.35 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 209.49 | 164,693.86 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 246.71 | 164,447.15 |
| 11/19/18 | | Iron Horse Auction Co | vehicle auction proceeds | | 10,168.76 | | 174,615.91 |
| | | Iron Horse Auction Co | Auctioneer expenses  -$1,281.26 | 3620-000 | | | |
| | {18} | Iron Horse Auction Co. | vehicle auction proceeds  $4,800.00 | 1129-000 | | | |
| | {19} | Iron Horse Auction Co. | vehicle auction proceeds  $3,800.00 | 1129-000 | | | |
| | {20} | Iron Horse Auction Co. | vehicle auction proceeds  $850.02 | 1129-000 | | | |
| | {21} | Iron Horse Auction Co. | vehicle auction proceeds  $2,000.00 | 1129-000 | | | |
| 03/11/19 | {22} | Oak Point Partners | remnant asset sale | 1229-000 | 2,500.00 | | 177,115.91 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4488 | Transition Debit to Metropolitan Commercial Bank acct 3910014488 | 9999-000 | | 177,115.91 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 332,736.48 | 332,736.48 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 177,115.91 | |
| **Subtotal** | | 332,736.48 | 155,620.57 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $332,736.48 | $155,620.57 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  4

| Case No.: | 16-50216 | Trustee Name: | JP Cournoyer (530361) |
|---|---|---|---|
| Case Name: | Tar Heel Oil II,  Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3331 | Account #: | ******3801 Cash Collateral |
| For Period Ending: | 09/10/2019 | Blanket Bond (per case limit): | $1,200,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/17 | {2} | Tar Heel Oil II Inc | Chapter 11 Cash Collateral Funds | 1290-010 | 73,313.41 | | 73,313.41 |
| 12/12/18 | 101 | Great State Bank | Payment pursuant to settlement order #457 entered 12/7/2018 | 4210-000 | | 73,313.41 | 0.00 |
| | | **COLUMN TOTALS** | | | **73,313.41** | **73,313.41** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **73,313.41** | **73,313.41** | |
| | | Less: Payments to Debtors | | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$73,313.41** | **$73,313.41** | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  5

**Case No.:** 16-50216

**Case Name:** Tar Heel Oil II,  Inc.

**Taxpayer ID #:** **-***3331

**For Period Ending:** 09/10/2019

**Trustee Name:** JP Cournoyer (530361)

**Bank Name:** Rabobank, N.A.

**Account #:** ******3802 Lankford 549 Settlement

**Blanket Bond (per case limit):** $1,200,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/17 | {3} | Tar Heel Oil II Inc | Chapter 11 Lankford 549 Settlement Funds | 1290-010 | 34,875.93 | | 34,875.93 |
| 12/12/18 | 101 | Great State Bank | Payment pursuant to settlement order #457 entered 12/7/2018 | 4210-000 | | 17,437.97 | 17,437.96 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4518 | Transition Debit to Metropolitan Commercial Bank acct 3910014518 | 9999-000 | | 17,437.96 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 34,875.93 | 34,875.93 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 17,437.96 | |
| **Subtotal** | 34,875.93 | 17,437.97 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $34,875.93 | $17,437.97 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 16-50216 | Trustee Name: | JP Cournoyer (530361) |
|---|---|---|---|
| Case Name: | Tar Heel Oil II, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3331 | Account #: | ******3803 Covenant Not to Compete |
| For Period Ending: | 09/10/2019 | Blanket Bond (per case limit): | $1,200,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/27/17 | {8} | ThompsonGas-Smokies, LLC | 2017 Covenant not to compete payment | 1290-000 | 50,000.00 | | 50,000.00 |
| 01/18/18 | 101 | Great State Bank | Payment authorized per Order (#395) entered 1/17/2018 | 4210-000 | | 50,000.00 | 0.00 |
| 11/19/18 | {8} | Thompson Gas | covenant NTC installment payment | 1290-000 | 50,000.00 | | 50,000.00 |
| 12/12/18 | 102 | Great State Bank | Payment pursuant to settlement order #457 entered 12/7/2018 | 4210-000 | | 50,000.00 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 100,000.00 | 100,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $100,000.00 | $100,000.00 | |

# Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-50216 |
| **Case Name:** | Tar Heel Oil II, Inc. |
| **Taxpayer ID #:** | **-***3331 |
| **For Period Ending:** | 09/10/2019 |

| | |
|---|---|
| **Trustee Name:** | JP Cournoyer (530361) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4518 Checking Account |
| **Blanket Bond (per case limit):** | $1,200,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******3802 | Transition Credit from Rabobank, N.A. acct 5019923802 | 9999-000 | 17,437.96 | | 17,437.96 |
| 03/15/19 | 1000 | International Sureties, Ltd | Premium - Bond #016036434 | 2300-000 | | 101.11 | 17,336.85 |
| 03/18/19 | 1001 | Nelson & Company, PA | Payment of fees allowed (Order #487 entered 3/15/2019) | 3410-000 | | 2,286.00 | 15,050.85 |
| 03/18/19 | | To Account #******4488 | Transfer of funds to main account per Trustee | 9999-000 | | 15,050.85 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **17,437.96** | **17,437.96** | **$0.00** |
| Less: Bank Transfers/CDs | | 17,437.96 | 15,050.85 | |
| **Subtotal** | | **0.00** | **2,387.11** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$2,387.11** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

**Case No.:** 16-50216
**Case Name:** Tar Heel Oil II, Inc.
**Taxpayer ID #:** **-***3331
**For Period Ending:** 09/10/2019

**Trustee Name:** JP Cournoyer (530361)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******4488 Checking Account
**Blanket Bond (per case limit):** $1,200,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******3800 | Transition Credit from Rabobank, N.A. acct 5019923800 | 9999-000 | 177,115.91 | | 177,115.91 |
| 03/18/19 | | To Account #******4488 | Transfer of funds to main account per Trustee | 9999-000 | 15,050.85 | | 192,166.76 |
| 07/09/19 | 1000 | Northen Blue, LLP | Combined payments for claim number AttyExp, AttyFees | | | 23,566.68 | 168,600.08 |
| | | Northen Blue, LLP | Claims Distribution - Fri, 05-24-2019            $912.68 | 3120-000 | | | |
| | | Northen Blue, LLP | Claims Distribution - Fri, 05-24-2019            $22,654.00 | 3110-000 | | | |
| 07/09/19 | 1001 | John Paul Cournoyer | Distribution payment - Dividend paid at 100.00% of $30,360.35; Claim # FEE; Filed: $30,360.35 | 2100-000 | | 30,360.35 | 138,239.73 |
| 07/09/19 | 1002 | Clerk, US Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $1,950.00; Claim # QrtlyFees; Filed: $1,950.00 | 2950-000 | | 1,950.00 | 136,289.73 |
| 07/09/19 | 1003 | Nelson & Company, PA | Distribution payment - Dividend paid at 100.00% of $2,084.98; Claim # Nelson11; Filed: $3,050.00 | 6410-000 | | 2,084.98 | 134,204.75 |
| 07/09/19 | 1004 | Ira D. Morris, Jr. | Distribution payment - Dividend paid at 100.00% of $2,423.54; Claim # 16; Filed: $3,545.26 | 6410-000 | | 2,423.54 | 131,781.21 |
| 07/09/19 | 1005 | Ivey, McClellan, Gatton & Siegmund, LLP | Distribution payment - Dividend paid at 100.00% of $23,654.15; Claim # 17; Filed: $34,602.33 | 6210-000 | | 23,654.15 | 108,127.06 |
| 07/09/19 | 1006 | John Paul H. Cournoyer | Distribution payment - Dividend paid at 100.00% of $7,242.67; Claim # 19; Filed: $11,579.77 | 6101-000 | | 7,242.67 | 100,884.39 |
| 07/09/19 | 1007 | Northern Blue, LLP Attn: JP Cournoyer | Distribution payment - Dividend paid at 100.00% of $9,041.29; Claim # 20; Filed: $13,226.00 | 6110-000 | | 9,041.29 | 91,843.10 |
| 07/09/19 | 1008 | Internal Revenue Service Centralized Insolvency | Distribution payment - Dividend paid at 100.00% of $294.97; Claim # 14; Filed: $294.97 | 5800-000 | | 294.97 | 91,548.13 |
| 07/09/19 | 1009 | Ashe County Tax Collector | Distribution payment - Dividend paid at 100.00% of $111.12; Claim # 18; Filed: $111.12 | 5800-000 | | 111.12 | 91,437.01 |
| 07/09/19 | 1010 | Town of Wilkesboro | Distribution payment - Dividend paid at 100.00% of $44.72; Claim # 24; Filed: $44.72 | 5800-000 | | 44.72 | 91,392.29 |
| 07/09/19 | 1011 | Burke County Tax Collector | Distribution payment - Dividend paid at 100.00% of $244.36; Claim # 26; Filed: $244.36 | 5800-000 | | 244.36 | 91,147.93 |
| 07/09/19 | 1012 | WILKES COUNTY TAX COLLECTOR | Distribution payment - Dividend paid at 3.11% of $579.10; Claim | 7100-000 | | 18.02 | 91,129.91 |

**Page Subtotals:** $192,166.76    $101,036.85

{ } Asset Reference(s)      **USBA Form 101-7-TDR (10/1/2010)**      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  9

| | | |
|---|---|---|
| **Case No.:** | 16-50216 | |
| **Case Name:** | Tar Heel Oil II,  Inc. | |
| **Taxpayer ID #:** | **-***3331 | |
| **For Period Ending:** | 09/10/2019 | |

| | |
|---|---|
| **Trustee Name:** | JP Cournoyer (530361) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4488 Checking Account |
| **Blanket Bond (per case limit):** | $1,200,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | # 1; Filed: $579.10 | | | | |
| 07/09/19 | 1013 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP | Distribution payment - Dividend paid at 3.11% of $224.08; Claim # 3; Filed: $224.08 | 7100-000 | | 6.97 | 91,122.94 |
| 07/09/19 | 1014 | CL45 MW Loan 1, LLC | Distribution payment - Dividend paid at 3.11% of $419,590.86; Claim # 4-2; Filed: $518,819.45 | 7100-000 | | 13,053.94 | 78,069.00 |
| 07/09/19 | 1015 | CL45 MW Loan 1, LLC | Distribution payment - Dividend paid at 3.11% of $831,743.18; Claim # 5-2; Filed: $831,743.18 | 7100-000 | | 25,876.45 | 52,192.55 |
| 07/09/19 | 1016 | Blue Ridge Energies | Distribution payment - Dividend paid at 3.11% of $5,680.68; Claim # 7; Filed: $5,680.68 | 7100-000 | | 176.73 | 52,015.82 |
| 07/09/19 | 1017 | Duke Energy Carolinas | Distribution payment - Dividend paid at 3.11% of $1,492.00; Claim # 8; Filed: $1,492.00 | 7100-000 | | 46.42 | 51,969.40 |
| 07/09/19 | 1018 | BLT Investments, LLC | Distribution payment - Dividend paid at 3.11% of $1,510,132.79; Claim # 10-1; Filed: $1,510,132.79 | 7100-000 | | 46,981.91 | 4,987.49 |
| 07/09/19 | 1019 | Great State Bank | Distribution payment - Dividend paid at 3.11% of $125,000.00; Claim # 12-2; Filed: $125,000.00 | 7100-000 | | 3,888.89 | 1,098.60 |
| 07/09/19 | 1020 | Bumgarner Oil Co.,Inc. | Distribution payment - Dividend paid at 3.11% of $31,522.33; Claim # 13; Filed: $31,522.33 | 7100-000 | | 980.69 | 117.91 |
| 07/09/19 | 1021 | McClure CPA, P.A. | Distribution payment - Dividend paid at 3.11% of $3,750.00; Claim # 15; Filed: $3,750.00 | 7100-000 | | 116.67 | 1.24 |
| 07/09/19 | 1022 | North Carolina Department of Labor NC Department of Justice | Distribution payment - Dividend paid at 3.10% of $40.00; Claim # 22; Filed: $40.00 | 7100-000 | | 1.24 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 192,166.76 | 192,166.76 | $0.00 |
| Less: Bank Transfers/CDs | | 192,166.76 | 0.00 | |
| **Subtotal** | | 0.00 | 192,166.76 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $192,166.76 | |

# Form 2

Exhibit 9
Page:   10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-50216 |
| **Case Name:** | Tar Heel Oil II,  Inc. |
| **Taxpayer ID #:** | **-***3331 |
| **For Period Ending:** | 09/10/2019 |

| | |
|---|---|
| **Trustee Name:** | JP Cournoyer (530361) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4496 Checking Account |
| **Blanket Bond (per case limit):** | $1,200,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  11

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-50216 | | **Trustee Name:** | | JP Cournoyer (530361) | |
| **Case Name:** | Tar Heel Oil II, Inc. | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***3331 | | **Account #:** | | ******4526 Checking Account | |
| **For Period Ending:** | 09/10/2019 | | **Blanket Bond (per case limit):** | | $1,200,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | **0.00** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   12

**Case No.:** 16-50216

**Case Name:** Tar Heel Oil II,  Inc.

**Taxpayer ID #:** **-***3331

**For Period Ending:** 09/10/2019

**Trustee Name:** JP Cournoyer (530361)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******4526 Checking Account

**Blanket Bond (per case limit):** $1,200,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $540,925.82 |
| Plus Gross Adjustments: | $1,281.26 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $542,207.08 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3800 Checking | $332,736.48 | $155,620.57 | $0.00 |
| ******3801 Cash Collateral | $73,313.41 | $73,313.41 | $0.00 |
| ******3802 Lankford 549 Settlement | $34,875.93 | $17,437.97 | $0.00 |
| ******3803 Covenant Not to Compete | $100,000.00 | $100,000.00 | $0.00 |
| ******4518 Checking Account | $0.00 | $2,387.11 | $0.00 |
| ******4488 Checking Account | $0.00 | $192,166.76 | $0.00 |
| ******4496 Checking Account | $0.00 | $0.00 | $0.00 |
| ******4526 Checking Account | $0.00 | $0.00 | $0.00 |
| | $540,925.82 | $540,925.82 | $0.00 |

| | |
|---|---|
| 09/10/2019 | /s/JP Cournoyer |
| Date | JP Cournoyer |

USBA Form 101-7-TDR (10/1/2010)